Maddox v. Broyles.

## MADDOX *vs.* BROYLES.

[ASSUMPSIT—BILL OF EXCEPTIONS.]

1. *Bill of exceptions; what required to make it part of the record.*—Where a bill of exceptions is without date, and the record contains no evidence that it was signed in term time, or within ten days thereafter, pursuant to the written consent of the parties, for that purpose, it cannot be looked to by the appellate court as a part of the record for any purpose.

APPEAL from the Circuit Court of Calhoun.
Tried before Hon. JOHN HENDERSON.

THIS was an action on a promissory note given for the purchase-money of a slave brought by appellee against the appellant, and was commenced on 27th February, 1861. The facts in relation to the only point noticed, will appear from the opinion of the court.

HEFLIN & FORNEY, for appellant.

JUDGE, J.—The supposed bill of exceptions found in the record is without date, and the record contains no evidence that it was signed in term time, or within ten days thereafter, pursuant to the written consent of the parties

for that purpose. Under these circumstances, it cannot be looked to as a part of the record for any purpose; such is now the settled construction of § 2358 of the Code.—*Bryant v. The State*, 36 Ala. 270; *Union India Rubber Co. v. Mitchell*, 37 Ala. 314, and cases therein cited.

No errors are assigned as to any matter presented by the record proper, and the judgment must be affirmed.